

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00004-CV

**CLEAR CREEK ENERGY, LLC**,
Appellant

v.

Kent **SCHWARTZ** and Daina Schwartz,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 10-04-0253-CVA
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

All costs are ORDERED assessed against the party who incurred them.

SIGNED June 26, 2013.

_____
Marialyn Barnard, Justice